[Criminal No. 383.    Filed March 13, 1916.]

[155 Pac. 966.]

W. M. GODFREY, Appellant; v. STATE, Respondent.

INTOXICATING LIQUORS—UNLAWFUL INTRODUCTION INTO STATE—PERSONAL USE.—Defendant, who brought intoxicating liquors into the state for his personal use, was not guilty of unlawfully introducing such liquors.

APPEAL from a judgment of the Superior Court of the County of Mohave. John A. Ellis, Judge. Reversed and remanded for new trial.

Mr. W. E. Moroney, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. Leslie C. Hardy and Mr. Geo. W. Harben, Assistant Attorneys General, for the State.

PER CURIAM.—The appellant was charged with unlawfully introducing intoxicating liquors into the state of Arizona. At the trial he offered to show that he had brought the liquor into this state for his personal use. This defense was not permitted by the court, and the jury was instructed to find the defendant guilty, regardless of the purpose for which the liquor was introduced into the state.

The Attorney General confesses that this was error and contrary to law, as laid down in *Sturgeon* v. *State,* recently decided by this court. He asks that the case be reversed and remanded for a new trial.

It is so ordered.